# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

157655

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JEFFREY FLINT,
      Plaintiff-Appellant,

v

JOY SWEETIN,
      Defendant-Appellee.

SC: 157655
COA: 340043
Genesee CC: 17-321598-DC

_____/

On order of the Court, the application for leave to appeal the March 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



t0927

Clerk